# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CLARENCE JENKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0665

_____

December 19, 2025

Appeal from the Circuit Court for Sarasota County; Dana Moss, Judge.

Clarence Jenkins, pro se.

James Uthmeier, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

     Affirmed.


KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.